## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROY MONTALVAN, et al.       :

           :

      **Plaintiffs**       :

         v.            :        **3:11-CV-850**

           :        **(JUDGE MARIANI)**

WILLIAM NEVILLE, et al.       :

           :

      **Defendants**       :

## ORDER

**AND NOW, THIS** _____ **DAY OF MARCH, 2018,** upon consideration of

Plaintiffs' Motion for Substitution of Party Pursuant to Fed. R. Civ. P. 25(c) (Doc. 41) and

following an evidentiary hearing and oral argument, **IT IS HEREBY ORDERED THAT:**

1.  Plaintiffs' Motion for Substitution of Party (Doc. 41) is **GRANTED** for the reasons set

    forth in the accompanying memorandum opinion.

2.  Neville's Mobile Home Court, LLC, is **SUBSTITUTED** as the Defendant in the above-

    captioned action in the place of William Neville and Marlene Neville t/d/b/a Neville's

    Mobile Home Park.

3.  The Clerk of Court shall amend the caption of this action to reflect the

    aforementioned substitution.

 

 

Robert D. Mariani
United States District Judge