THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROY MONTALVAN, et al.

    Plaintiffs

v.

    3:11-CV-850
    (JUDGE MARIANI)

NEVILLE'S MOBILE HOME COURT, LLC

    Defendant

## ORDER

**AND NOW, THIS 13TH DAY OF MARCH, 2019**, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant's procedural defenses set forth in its "Brief in Opposition to Plaintiffs' (Amended) Motion for Contempt" (Doc. 65) are **DENIED**. Defendant's affirmative defenses of accord and satisfaction, the doctrine of laches, and that the plaintiffs lack standing to pursue this action are **DENIED WITHOUT PREJUDICE**. Defendant's affirmative defense that this action is barred by the statute of limitations is **DENIED WITH PREJUDICE**.

2. All fact discovery shall be commenced in time to be completed within **45 days of the date of this Order**.

3. Plaintiffs' Motion for Contempt (Doc. 60) is **DENIED WITHOUT PREJUDICE** to the Plaintiffs filing an Amended Motion for Contempt within **30 days** after the expiration of the discovery period.

Robert D. Mariani
United States District Judge