THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROY MONTALVAN, et al.

    Plaintiffs

v.                                    3:11-CV-850
                                        (JUDGE MARIANI)

NEVILLE'S MOBILE HOME COURT, LLC

    Defendant

## ORDER

AND NOW, THIS __15th__ DAY OF JUNE, 2020, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' First Amended Motion for Contempt (Doc. 77) is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. Defendant Neville's Mobile Home Court, LLC, is hereby in contempt of court for failure to comply with the terms of the 2012 Consent Order and Agreement (Doc. 24) by failing to install a "new" or "replacement" sewage system.

    b. On or before, but no later than, **April 1, 2021,** Neville's Mobile Home Court, LLC, shall cease all operations of the mobile home court and shall cease all rental of spaces for trailers.

    c. Plaintiff's request that the Court assess penalties against Defendant for failure to meet the time limits imposed by the COA and for damages incurred in the amount of $79,000 is **DENIED**.

d. Within **30 days** of the date of this Order, Plaintiffs may file a motion for attorney's fees against Defendant.

_____
Robert D. Mariani
United States District Judge